IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:15cv498-MHT |
| SUNSOUTH BANK, et al., | ) ) ) | (WO) |
| Defendants. | ) | |

## JUDGMENT

Upon consideration of the record in this case, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Cincinnati Insurance Company's motion to dismiss (doc. no. 29) is granted.

(2) Defendants Earle Yaffa and Ronald J. Weiss (as Executors of the Will of Joseph Flom), Jason Flom, Elizabeth Yates, Herbert L. Graham, Dwight P. Wiles, NashYork, LLC, and Elliot H. Levine are dismissed from and terminated as parties to this action, with costs taxed as paid, pursuant and subject to the terms of the

stipulations (doc. no. 29-1) between them and plaintiff Cincinnati Insurance Company.  All claims against all other defendants remain.

(3) The dismissal of defendants Earle Yaffa and Ronald J. Weiss (as Executors of the Will of Joseph Flom), Jason Flom, Elizabeth Yates, Herbert L. Graham, Dwight P. Wiles, NashYork, LLC, and Elliot H. Levine does not constitute an admission or acknowledgement of coverage by plaintiff Cincinnati Insurance Company.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of November, 2015.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**