IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CINCINNATI INSURANCE         )
COMPANY,                     )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       1:15cv498-MHT
                             )           (WO)
SUNSOUTH BANK, et al.,       )
                             )
     Defendants.             )
```

### JUDGMENT

Upon consideration of the record in this case, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Cincinnati Insurance Company's motion to dismiss (doc. no. 32) is granted.

(2) Defendant James C. Stroud is dismissed with prejudice from and terminated as a party to this action, with costs taxed as paid, pursuant and subject to the terms of the stipulation (doc. no. 32-1) between him and plaintiff Cincinnati Insurance Company. All claims against all other defendants remain.

(3) The dismissal of defendant James C. Stroud does not constitute an admission or acknowledgement of coverage by plaintiff Cincinnati Insurance Company.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 16th day of November, 2015.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**