IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CINCINNATI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SUNSOUTH BANK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>1:15cv498-MHT<br>(WO) |

JUDGMENT

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) The joint motion to dismiss (doc. no. 49) is granted.

(2) This lawsuit, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own fees and costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 7th day of November, 2016.**

                                                 /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**